U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF VERMONT**

2020 DEC -8  PM 3: 39

CLERK

BY _____
DEPUTY CLERK

JOHN DOE,                                    )
                                             )
            Plaintiff,                       )
                                             )
      v.                                     )        Civil Action No. 2:20-cv-00191
                                             )
THE CORPORATION OF MARLBORO                  )
COLLEGE,                                     )
                                             )
            Defendant.                       )
                                             )

### STIPULATION AND ORDER

The parties hereby stipulate and agree, subject to the Court's approval, that Defendant,

The Corporation of Marlboro College's time in which to move, plead, or otherwise respond to

the Complaint is extended through and including December 11, 2020.

Date at Brattleboro, Vermont, this 8th day of December, 2020.

By:   _/s/ Theodore C. Kramer_____
      Theodore C. Kramer, Esq.
      Kramer Law, P.C.
      42 Park Place
      Brattleboro, VT  05301
      802-257-2221
      tck@kvpclaw.com

{B2276193.1 11869-0014}

Dated at Burlington, Vermont, this 8th day of December, 2020.

By: ___/s/ Shapleigh Smith, Jr._____
    Shapleigh Smith, Jr., Esq.
    Kendall Hoechst, Esq.
    DINSE
    209 Battery Street
    Burlington, VT  05401
    802-864-5751
    ssmith@dinse.com
    khoechst@dinse.com

**SO ORDERED** this ___ day of _____, 2020.

JOHN M. CONROY
U. S. Magistrate Judge